1  GENTILE CRISTALLI
2  MILLER ARMENI SAVARESE
   JANIECE MARSHALL
3  Nevada Bar No. 4686
   Email: jmarshall@gcmaslaw.com
4  410 S. Rampart Blvd., Suite 420
   Las Vegas, Nevada 89145
5  Tel:  (702) 880-0000
   Fax:  (702) 778-9709
6  *Attorneys for Cao Limin and Liu Xiuxia*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWAT, INC. ALTERNATIVE LOAN TRUST 2005-84, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84,<br><br>Plaintiff,<br><br>vs.<br><br>STONE CANYON PECOS HOMEOWNERS ASSOCIATION, INC.; ATC ASSESSMENT COLLECTION GROUP, LLC; CAO LIMIN, AN INDIVIDUAL; AND LIU XIUXIA, AN INDIVIDUAL,<br><br>Defendants. | CASE NO. 2:17-cv-00632-JCM-CWH<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS CAO LIMIN and LIU XIUXIAS' RESPONSE TO PLAINTIFF BANK OF NEW YORK MELLON'S MOTION FOR SUMMARY JUDGMENT[ECF 27]**<br>**(Third Request)** |
| CAO LIMIN, AN INDIVIDUAL; AND LIU XIUXIA, AN INDIVIDUAL,<br><br>Counterclaimants.<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWAT, INC. ALTERNATIVE LOAN TRUST 2005-84, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84; DOES I through X; AND ROE ENTITITES XI through XX, inclusive,<br><br>Counterdefendant. | |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby jointly stipulate that Defendants Cao Limin and Liu Xiuxias' Response to Plaintiff Bank of New York Mellon's Motion for Summary Judgment [ECF 27] filed on October 4, 2017, currently due on November 10, 2017, be extended an additional seven [7] days up to and including Friday, November 17, 2017.

The reason for this request is that Defendants' Cao Limin and Liu Xiuxias' counsel, Janiece Marshall, Esq., is currently being substituted by Sarah A. Morris, Esq. and Timothy Wiseman, Esq. for the Defendants' Cao Limin and Liu Xiuxia, and will require a brief extension in which to respond to the Motion for Summary Judgment.

This request for extension is made in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully request that the Defendants' Cao Limin and Liu Xiuxias' Response to Plaintiff Bank of New York Mellon's Motion for Summary Judgment be extended an additional seven [7] days, up to and including Friday, November 17, 2017.

DATED this 9th day of November, 2017.

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84 Mortgage Pass Through Certificates, Series 2005-84*

DATED this 9th day of November, 2017.

**GENTILE CRISTALLI MILLER ARMENI SAVARESE**

*/s/ Janiece S. Marshall*
JANIECE S MARSHALL, ESQ.
Nevada Bar No. 4686
410 S. Rampart Blvd. Suite 420
Las Vegas, Nevada 89145
*Attorney for Cao Limin and Liu Xiuxia*

## ORDER

IT IS SO ORDERED.

November 14, 2017
DATED

_____
UNITED STATES DISTRICT JUDGE