ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff The Bank of New York
Mellon f/k/a The Bank of New York as Trustee
for the Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2005-84 Mortgage
Pass Through Certificates, Series 2005-84*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-84, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84;<br><br>Plaintiff,<br><br>vs.<br><br>STONE CANYON PECOS HOMEOWNERS ASSOCIATION, INC.; ATC ASSESSMENT COLLECTION GROUP, LLC; CAO LIMIN, AN INDIVIDUAL; AND LIU XIUXIA, AN INDIVIDUAL;<br><br>Defendants. | Case No.: 2:17-cv-00632-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT [EFC Nos. 26 and 27]**<br><br>[SECOND REQUEST] |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84 Mortgage Pass Through Certificates, Series 2005-84 (**BoNYM**) Stone Canyon Pecos Homeowners Association (**HOA**), and Cao Limin and Xiuxia stipulate as follows:

1. HOA filed its motion for summary judgment on October 4, 2017. ECF No. 26. BoNYM's response is currently due on November 27, 2017.

2. BoNYM filed its motion for summary judgment on October 4, 2017. ECF No. 27. The HOA's response is currently due on November 27, 2017. BoNYM's reply in support of its motion in response to Limin and Xiuxia's opposition is due December 4, 2017.

3. The parties hereby stipulate and agree that BoNYM and the HOA shall have thirty (30) additional days to file their oppositions. The new deadline for BoNYM and the HOA to file their respective responses to the motions for summary judgment shall be **December 27, 2017**. BoNYM shall have until **December 27, 2017** to file its reply in support of its motion in response to Limin and Xiuxia's opposition.

. . .

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4. This is the second request for an extension of this deadline and is not made for purposes of undue delay. The reason for this request is that the parties are engaged in settlement negotiations.

Dated: November 27, 2017

| **AKERMAN LLP**<br><br>*/s Tenesa S. Scaturro*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | **BOYACK ORME & ANTHONY**<br><br>*/s/ Colli McKiever*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. McKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Stone Canyon Pecos Homeowners Association, Inc.* |
|---|---|
| **MORRIS LAW CENTER**<br><br>*/s Sarah A. Morris*<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>TIMOTHY WISEMAN, ESQ.<br>Nevada Bar No. 13784<br>5450 W. Sahara Ave. Suite 330<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Cao Limin and Liu Xiuxia* | |

### **ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: November 29, 2017
_____

43475406;1