ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84 Mortgage Pass Through Certificates, Series 2005-84*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-84, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84;<br><br>Plaintiff,<br><br>vs.<br><br>STONE CANYON PECOS HOMEOWNERS ASSOCIATION, INC.; ATC ASSESSMENT COLLECTION GROUP, LLC; CAO LIMIN, AN INDIVIDUAL; AND LIU XIUXIA, AN INDIVIDUAL;<br><br>Defendants. | Case No.: 2:17-cv-00632-JCM-CWH<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT AND FOR DISMISSAL** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84 Mortgage Pass Through Certificates, Series 2005-84 (**BoNYM**) Stone Canyon Pecos Homeowners Association (**HOA**), and Cao Limin and Liu Xiuxia stipulate as follows:

1

44281342;1

1. This matter relates to real property located 2609 Trellis Avenue, Henderson, Nevada 89074, APN 177-13-728-041 (the **Property**).

2. BoNYM is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on November 8, 2005, as Instrument Number 20051108-0000559 in the Official Records of Clark County, Nevada (the **Deed of Trust**).

3. On May 22, 2013, HOA recorded a Foreclosure Deed as Instrument Number 20130522000115 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Keynote Properties obtained title to the property at its foreclosure sale conducted on May 10, 2013 (the **HOA Sale**).

4. MRT Assets, LLC purchased the Property from Keynote Properties. A deed of sale was recorded on May 23, 2016 with the Clark County Recorder as Instrument No. 20160523-0002092.

5. Cao Limin & Liu Xiuxia purchased the Property from MRT Assets, LLC. A Quitclaim Deed was recorded on July 14, 2016 with the Clark County Recorder as Instrument No. 20160714-0001398.

6. Cao Limin & Liu Xiuxia have not transferred their interest in the Property and are still the title holders of record.

7. On March 1, 2017, BoNYM initiated this quiet title action against HOA and Cao Limin & Liu Xiuxia.

8. BoNYM and Cao Limin & Liu Xiuxia have entered a confidential settlement agreement in which they have settled all claims between them in this case.

9. Cao Limin & Liu Xiuxia stipulate and agree that the Deed of Trust remains a valid encumbrance and was not extinguished by the HOA foreclosure sale referenced in the HOA Foreclosure Deed. The Deed of Trust is the senior lien encumbering the Property, superior to any right, title, interest, lien, equity or estate of Cao Limin & Liu Xiuxia. Cao Limin & Liu Xiuxia's interests in the Property is subject to the Deed of Trust.

44281342;1

10. The parties agree that this case shall be dismissed with each party to bear its own fees and costs.

11. The parties agree that any lis pendens related to this action shall be expunged.

Dated: March 21, 2018

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| */s Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff* | */s/ Colli C. McKiever*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. McKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Stone Canyon Pecos Homeowners Association, Inc.* |
| **MORRIS LAW CENTER**<br><br>*/s Sarah A. Morris*<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>TIMOTHY WISEMAN, ESQ.<br>Nevada Bar No. 13784<br>5450 W. Sahara Ave. Suite 330<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Cao Limin and Liu Xiuxia* | |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: April 2, 2018

3

44281342;1